**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-6128**

---

DAVID CHARLES MCCLINTON,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA; ALBERTO R. GONZALES;
W. F. DALIUS, Warden at FCI Butner-Medium,

Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Louise W. Flanagan, Chief
District Judge. (5:90-cr-17-S; 5:04-hc-00983-FL)

---

Submitted: July 17, 2006          Decided: July 27, 2006

---

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David Charles McClinton, Appellant Pro Se. Steve R. Matheny,
OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Charles McClinton, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>McClinton v. United States</u>, No. 5:04-hc-00983-FL (E.D.N.C. Dec. 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>